146 A.3d 644

IN THE MATTER OF MARK HENDERSON BRADY, AN
ATTORNEY AT LAW (ATTORNEY NO. 027431984)

September 21, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-264, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20-14(a)(4), **MARK HENDERSON BRADY** of **MADEIRA BEACH, FLORIDA,** who was admitted to the bar of this State in 1984, should be reprimanded based on discipline imposed in the state of Colorado for unethical conduct that in New Jersey constitutes violations of *RPC* 1.15(a) (negligent misappropriation of escrow funds), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **MARK HENDERSON BRADY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.